IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DARRYL J. BEATTY, :
:
    Claimant, :
:
v. : 7:07-CV-141 (WLS)
:
MICHAEL J. ASTRUE, Commissioner :
of Social Security, :
:
    Respondent. :
_____ :

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 16), filed July 28, 2008. It is recommended that the Commissioner's decision to deny Claimant's application for social security benefits be **REMANDED.** The Commissioner has not filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 16) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Therefore, the Commissioner's decision to deny Claimant's application for social security benefits is **REMANDED** to the ALJ pursuant to § 405(g).

SO ORDERED, this  16th  day of September, 2008.

                                        /s/W. Louis Sands
                                        **W. Louis Sands, Judge**
                                        **United States District Court**